IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 17-CR-30139-SMY |
| | ) | |
| ZACHARY WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On April 13, 2018, this Court entered a Preliminary Order for Forfeiture (Doc. 31) against Defendant Zachary Wilson, for the following property which had been seized from the defendant:

**A .357 magnum revolver, serial number CHT3818, and any and all ammunition contained therein.**

The Order directed the Government to provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that Notice was published by the Government on an official Government website, www.forfeiture.gov, for 30 consecutive days beginning September 26, 2018 and ending October 25, 2018, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property. Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture (Doc. 31) filed on April 13, 2018, namely:

**A .357 magnum revolver, serial number CHT3818, and any and all ammunition contained therein.**

The United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms

and Explosives is hereby DIRECTED to dispose of the property according to law.

**IT IS SO ORDERED.**

**DATED: February 4, 2019**

                                                **s/ Staci M. Yandle**
                                                **STACI M. YANDLE**
                                                **United States District Judge**